**Opinion issued August 5, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00247-CV

_____

**JD INVESTMENTS LLC, Appellant**

**V.**

**WEST 18 STREET APARTMENTS OWNER LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1245590**

---

## MEMORANDUM OPINION

JD Investments LLC attempts to appeal pro se from a judgment signed by the trial court on March 26, 2025. The notice of appeal is signed on behalf of JD Investments by "Derail Green, Authorized Agent Under Durable Power of

Attorney." No attorney has made an appearance on behalf of JD Investments—a limited liability company.

Except for the performance of ministerial tasks, legal entities such as corporations and limited liability companies may only participate in an appeal if represented by counsel. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996); *Amron Props., LLC v. McGown Oil Co.*, No. 14-03-01432, 2004 WL 438783, at *1 (Tex. App.—Houston [14th Dist.] Mar. 11, 2004, no pet.) (mem. op.) (limited liability companies must appear through licensed attorneys).[1]

On June 26, 2025, we issued an order requiring JD Investments to retain counsel—and for counsel to make an appearance in this appeal on or before July 28, 2025. We notified JD Investments that if it failed to do so, this appeal may be dismissed. *See* TEX. R. APP. P. 42.3(c).[2] No attorney has entered an appearance on JD Investments' behalf in this appeal as required by our order.

---

[1]     *See also Globe Leasing, Inc. v. Engine Supply & Mach. Serv.*, 437 S.W.2d 43, 45 (Tex. App.—Houston [1st Dist.] 1969, no writ) ("A corporation may not appear in court through its officers who are not attorneys.").

[2]     *See MHL Homebuilder LLC v. Dabal/Graphic Res.*, No. 14-05-00295-CV, 2005 WL 1404475, at *1 (Tex. App.—Houston [14th Dist.] June 16, 2005, no pet.) (mem. op.) (dismissing appeal pursuant to Rule 42.3(c) for failure to comply with order requiring proof of retention of counsel to represent LLC); *Digital Press, Inc. v. Am. City Bus. Journal*, No. 01-01-00585-CV, 2001 WL 1587635, at *1 (Tex. App.—Houston [1st Dist.] Dec. 13, 2001, no pet.) (not designated for publication) (dismissing appeal because no attorney filed notice of appearance on behalf of corporation as ordered).

Accordingly, we dismiss the appeal.[3] *See id.* We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.

---

[3] We note that a similar appeal, involving the same parties, was also recently dismissed by the Fourteenth Court of Appeals because JD Investments failed to provide proof of its retention of counsel despite being directed to do so. *See JD Invs. LLC v. W. 18 St. Apartments Owner LLC*, No. 14-25-00270-CV, 2025 WL 1523694, at *1 (Tex. App.—Houston [14th Dist.] May 29, 2025, no pet. h.) (mem. op.).